IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CREOLA COTTON, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:19-cv-00730 |
| | § | Judge Mazzant |
| | § | |
| KROGER TEXAS L.P., D/B/A KROGER | § | |
| Defendant. | § | JURY DEMANDED |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

The Court has been advised by the parties that all matters in controversy between Plaintiff Creola Cotton and Defendant Kroger Texas, L.P., d/b/a Kroger have been fully and completely compromised and settled and that Plaintiff no longer desires to pursue this cause or any claims related to this cause against Defendant. Therefore, the Court is of the opinion that this case should be dismissed with prejudice to the refiling of it.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that that Plaintiff's claims against Defendant Kroger Texas, L.P., d/b/a Kroger in this action be dismissed with prejudice against the refiling of same, each party to pay their own court costs.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

SIGNED this 1st day of July, 2020.

*/s/ Amos Mazzant*
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE